STEPHEN C. TEDESCO, Bar No. 130325
ALISON CUBRE, Bar No. 257834
ALEXIS A. SOHRAKOFF, Bar No. 273410
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Email:      stedesco@littler.com
            asohrakoff@littler.com
            acubre@littler.com

GREGORY G. ISKANDER, Bar No. 200215
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:    925.932.2468
Fax No.:      925.946.9809
Email:      giskander@littler.com

Attorneys for Defendants
THE PAPÉ GROUP, INC., PAPÉ
MATERIAL HANDLING, INC. AND MIKE
TEXTER

*Additional Counsel of Record listed on
following page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLITO MISA,

                    Plaintiff,

          v.

THE PAPÉ GROUP, INC., PAPÉ
MATERIAL HANDLING, INC., MIKE
TEXTER, and DOES 1 through 100,

                    Defendants.

Case No. 12-CV-4934 CRB

**STIPULATED REQUEST TO CONTINUE
INITIAL CASE MANAGEMENT
CONFERENCE;**

**REQUEST BY PLAINTIFF FOR
TELEPHONIC APPEARANCE AT
INITIAL CASE MANAGEMENT
CONFERENCE;**

~~[PROPOSED]~~ **ORDER**

Current Hearing Date:    January 11, 2013
Proposed Hearing Date:   January 25, 2013

Complaint Filed:     August 22, 2012

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

CASE NO. 12- CV-4934 CRB

PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, CA 91367
Telephone:     (818) 883-4900
Fax:              (818) 883-4902
Email:          peter@dion-kindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
JEFFREY D. HOLMES (SBN 100891)
THE BLANCHARD LAW GROUP, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Telephone:     (213) 599-8255
Fax:              (213) 402-3949

Attorneys For Plaintiff
CARLITO MISA

CASE NO. 12-CV-4934 CRB

STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; REQUEST BY
PLAINTIFF FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Defendants The Pape Group, Inc., Pape Material Handling, Inc., and Mike Texter (collectively "Defendants") and Plaintiff Carlito Misa ("Plaintiff") (collectively "Parties"), hereby stipulate and request as follows:

The initial Case Management Conference is currently scheduled on Friday, January 11, 2013 at 8:30 a.m.  Under the Northern District of California, Local Rule 16-10, lead trial counsel must attend the initial case management conference; however, Defendants' lead trial counsel, Gregory G. Iskander, has a conflict with another matter and will be unable to attend the Case Management Conference currently scheduled on Friday, January 11, 2013.  The parties have stipulated and agreed to continue, subject to the Court's approval, the initial Case Management Conference to **Friday, January 25, 2013** at **8:30 a.m.** in order to for lead trial counsel to appear pursuant to the Local Rules.

Plaintiff's lead trial counsel, Peter Dion-Kindem, requests to appear telephonically at the initial Case Management Conference because he presently resides in the greater Los Angeles area and the cost and expense to appear in person at the Case Management Conference would be significant.  Defendants do not oppose Plaintiff's counsel's request to appear telephonically.

**IT IS SO STIPULATED.**

I, the filer of this document attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**[SIGNATURES ON FOLLOWING PAGE]**

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

1.

CASE NO. 12- CV-4934 CRB

STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; REQUEST BY
PLAINTIFF FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER

Dated: January 3, 2013

Respectfully submitted,

/s/ Gregory G. Iskander
STEPHEN C. TEDESCO
GREGORY G. ISKANDER
ALISON CUBRE
ALEXIS A. SOHRAKOFF
LITTLER MENDELSON, P.C.

Attorneys for Defendants
THE PÁPÉ GROUP, INC., PAPÉ
MATERIAL HANDLING, INC. AND MIKE
TEXTER

Dated: January 3, 2013

Respectfully submitted,

/s/ Peter R. Dion-Kindem
PETER R. DION-KINDEM
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
ATTORNEYS FOR PLAINTIFF
CARLITO MISA

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; REQUEST BY
PLAINTIFF FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER

## ~~PROPOSED~~ ORDER

For good cause, the parties' request to continue the initial Case Management Conference from Friday, January 11, 2013 at 8:30 a.m. to **Friday, January 25, 2013** at **8:30 a.m.** is **GRANTED.**

Further, the request by Plaintiff's lead trial counsel, Peter Dion-Kindem, to appear telephonically at the Case Management Conference is **GRANTED**.

IT IS SO ORDERED.

Dated:   January 4, 2013



HONORABLE CHARLES R. BREYER

Firmwide:117307390.1 047722.1006

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

3.

CASE NO. 12-CV-4934 CRB

STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; REQUEST BY PLAINTIFF FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER