STEPHEN C. TEDESCO, Bar No. 130325
ALISON CUBRE, Bar No. 257834
ALEXIS A. SOHRAKOFF, Bar No. 273410
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:   415.433.1940
Email:   stedesco@littler.com
    asohrakoff@littler.com
    acubre@littler.com

GREGORY G. ISKANDER, Bar No. 200215
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone:   925.932.2468
Fax No.:   925.946.9809
Email:   giskander@littler.com

Attorneys for Defendants
THE PAPÉ GROUP, INC., PAPÉ MATERIAL HANDLING, INC. AND MIKE TEXTER

*Additional Counsel of Record listed on following page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLITO MISA,<br><br>            Plaintiff,<br><br>     v.<br><br>THE PAPÉ GROUP, INC., PAPÉ MATERIAL HANDLING, INC., MIKE TEXTER, and DOES 1 through 100,<br><br>            Defendants. | Case No. 12-CV-4934 CRB<br><br>**STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE;**<br><br>**REQUEST BY PLAINTIFF FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE;**<br><br>**AMENDED ORDER**<br><br>Current Hearing Date:   January 11, 2013<br>Proposed Hearing Date:   January 25, 2013<br><br>Complaint Filed:   August 22, 2012 |

CASE NO. 12- CV-4934 CRB

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; REQUEST BY PLAINTIFF FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER

1  PETER R. DION-KINDEM (SBN 95267)
   THE DION-KINDEM LAW FIRM
2  PETER R. DION-KINDEM, P. C.
3  21550 Oxnard Street, Suite 900
   Woodland Hills, CA 91367
4  Telephone:    (818) 883-4900
   Fax:          (818) 883-4902
5  Email:        peter@dion-kindemlaw.com

6  LONNIE C. BLANCHARD, III (SBN 93530)
7  JEFFREY D. HOLMES (SBN 100891)
   THE BLANCHARD LAW GROUP, APC
8  3311 East Pico Boulevard
   Los Angeles, CA 90023
9  Telephone:    (213) 599-8255
   Fax:          (213) 402-3949
10

   Attorneys For Plaintiff
11 CARLITO MISA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

CASE NO. 12-CV-4934 CRB

STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; REQUEST BY PLAINTIFF FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER

Defendants The Pape Group, Inc., Pape Material Handling, Inc., and Mike Texter (collectively "Defendants") and Plaintiff Carlito Misa ("Plaintiff") (collectively "Parties"), hereby stipulate and request as follows:

The initial Case Management Conference is currently scheduled on Friday, January 11, 2013 at 8:30 a.m.  Under the Northern District of California, Local Rule 16-10, lead trial counsel must attend the initial case management conference; however, Defendants' lead trial counsel, Gregory G. Iskander, has a conflict with another matter and will be unable to attend the Case Management Conference currently scheduled on Friday, January 11, 2013.  The parties have stipulated and agreed to continue, subject to the Court's approval, the initial Case Management Conference to **Friday, January 25, 2013** at **8:30 a.m.** in order to for lead trial counsel to appear pursuant to the Local Rules.

Plaintiff's lead trial counsel, Peter Dion-Kindem, requests to appear telephonically at the initial Case Management Conference because he presently resides in the greater Los Angeles area and the cost and expense to appear in person at the Case Management Conference would be significant.  Defendants do not oppose Plaintiff's counsel's request to appear telephonically.

**IT IS SO STIPULATED.**

I, the filer of this document attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**[SIGNATURES ON FOLLOWING PAGE]**

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

1.   CASE NO. 12- CV-4934 CRB
STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; REQUEST BY PLAINTIFF FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER

| | |
|---|---|
| Dated: January 3, 2013 | Respectfully submitted, |
| | */s/ Gregory G. Iskander*<br>STEPHEN C. TEDESCO<br>GREGORY G. ISKANDER<br>ALISON CUBRE<br>ALEXIS A. SOHRAKOFF<br>LITTLER MENDELSON, P.C. |
| | Attorneys for Defendants<br>THE PAPÉ GROUP, INC., PAPÉ MATERIAL HANDLING, INC. AND MIKE TEXTER |
| Dated: January 3, 2013 | Respectfully submitted, |
| | */s/ Peter R. Dion-Kindem*<br>PETER R. DION-KINDEM<br>THE DION-KINDEM LAW FIRM<br>PETER R. DION-KINDEM, P. C.<br>ATTORNEYS FOR PLAINTIFF<br>CARLITO MISA |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

2.    CASE NO. 12-CV-4934 CRB
STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; REQUEST BY PLAINTIFF FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER

**ORDER**

For good cause, the parties' request to continue the initial Case Management Conference from Friday, January 11, 2013 at 8:30 a.m. to **Friday, January 18, 2013** at **10:00 a.m.** is **GRANTED.**

Further, the request by Plaintiff's lead trial counsel, Peter Dion-Kindem, to appear telephonically at the Case Management Conference is **GRANTED**.

IT IS SO ORDERED.

Dated: January 7, 2013

HONORABLE CHARLES R. BREYER



Firmwide:117307390.1 047722.1006

3.                                                            CASE NO. 12-CV-4934 CRB

STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; REQUEST BY PLAINTIFF FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940