| | |
|---|---|
| 1 | STEPHEN C. TEDESCO, Bar No. 130325 |
|   | ALISON CUBRE, Bar No. 257834 |
| 2 | ALEXIS A. SOHRAKOFF, Bar No. 273410 |
|   | LITTLER MENDELSON, P.C. |
| 3 | 650 California Street, 20th Floor |
|   | San Francisco, CA 94108.2693 |
| 4 | Telephone: 415.433.1940 |
|   | Email: stedesco@littler.com |
| 5 | asohrakoff@littler.com |
|   | acubre@littler.com |

GREGORY G. ISKANDER, Bar No. 200215
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Fax No.: 925.946.9809
Email: giskander@littler.com

Attorneys for Defendants
THE PAPÉ GROUP, INC., PAPÉ MATERIAL HANDLING, INC. AND MIKE TEXTER

*Additional Counsel of Record listed on following page.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLITO MISA, | Case No. 12-CV-4934 CRB |
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND DEFENDANTS' MOTION TO STRIKE REQUEST FOR JURY TRIAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 81(C); REQUEST BY PLAINTIFF FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE; ORDER** |
| v. | |
| THE PAPÉ GROUP, INC., PAPÉ MATERIAL HANDLING, INC., MIKE TEXTER, and DOES 1 through 100, | |
| Defendants. | |
| | Current Hearing Date: January 18, 2013 |
| | Proposed Hearing Date: January 25, 2013 |
| | Complaint Filed: August 22, 2012 |

CASE NO. 12- CV-4934 CRB

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Stipulated Request To Continue Initial Case Management Conference; Hearing On Defendant's Motion To Strike; & Request By Plaintiff For Telephonic Appearance; [Proposed] Order

1  PETER R. DION-KINDEM (SBN 95267)
   THE DION-KINDEM LAW FIRM
2  PETER R. DION-KINDEM, P. C.
3  21550 Oxnard Street, Suite 900
   Woodland Hills, CA 91367
4  Telephone:   (818) 883-4900
   Fax:         (818) 883-4902
5  Email:       peter@dion-kindemlaw.com

6  LONNIE C. BLANCHARD, III (SBN 93530)
7  JEFFREY D. HOLMES (SBN 100891)
   THE BLANCHARD LAW GROUP, APC
8  3311 East Pico Boulevard
   Los Angeles, CA 90023
9  Telephone:   (213) 599-8255
   Fax:         (213) 402-3949
10
   Attorneys For Plaintiff
11 CARLITO MISA

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

CASE NO. 12-CV-4934 CRB

Stipulated Request To Continue Initial Case Management Conference; Hearing On Def's Motion To Strike; & Request By Plaintiff For Telephonic Appearance; [Proposed] Order

Defendants The Pape Group, Inc., Pape Material Handling, Inc., and Mike Texter (collectively "Defendants") and Plaintiff Carlito Misa ("Plaintiff") (collectively "Parties"), hereby stipulate and request as follows:

On January 4, 2013, the parties requested the initial Case Management Conference be continued from Friday, January 11, 2013 at 8:30 a.m. until Friday, January 25, 2013 at 8:30 a.m.

On January 7, 2013, the Court issued an Order continuing the Case Management Conference to Friday, January 25, 2013 at 8:30 a.m. but issued a notice continuing the hearing to Friday, January 18, 2013 at 10:00 a.m.

On January 8, 2013, the Court issued an Amended Order continuing the hearing to Friday, January 18, 2013 at 10:00 a.m., consistent with the notice issued on January 7, 2013. Under the Northern District of California, Local Rule 16-10, lead trial counsel must attend the initial case management conference. However Defendants' lead trial counsel, Gregory G. Iskander and Stephen Tedesco, will be unable to attend the Case Management Conference scheduled on Friday, January 18, 2013.

Also pending on January 18, 2013 at 10:00 a.m. is Defendants' Motion to Strike Request for Jury Trial Pursuant to Federal Rule of Civil Procedure 81(c) ("Motion to Strike"). Defendants' Motion to Strike is unopposed. Should oral argument be necessary, Defendants' counsel, Alison Cubre, will argue the motion.

Given the unavailability of Defendants' lead trial counsel on Friday, January 18, 2013, the parties have agreed to continue, subject to the Court's approval, the initial Case Management Conference to **Friday, January 25, 2013** at **10:00 a.m.** in order for lead trial counsel to appear pursuant to the Local Rules. For the convenience of this Court and the parties, the parties have also agreed to continue, subject to the Court's approval, Defendants' Motion to Strike to **Friday, January 25, 2013** at **10:00 a.m.**

Plaintiff's lead trial counsel, Peter Dion-Kindem, requests to appear telephonically at the initial Case Management Conference and Motion to Strike hearing because he presently resides in the greater Los Angeles area and the cost and expense to appear in person at the Case Management

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

1.   CASE NO. 12- CV-4934 CRB

Stipulated Request To Continue Initial Case Management Conference; Hearing On Defendant's Motion To Strike; & Request By Plaintiff For Telephonic Appearance; [Proposed] Order

Conference and Motion to Strike hearing would be significant. Defendants do not oppose Plaintiff's counsel's request to appear telephonically.

**IT IS SO STIPULATED.**

I, the filer of this document attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 8, 2013         Respectfully submitted,

*/s/ Gregory G. Iskander*
STEPHEN C. TEDESCO
GREGORY G. ISKANDER
ALISON CUBRE
ALEXIS A. SOHRAKOFF
LITTLER MENDELSON, P.C.

Attorneys for Defendants
THE PAPÉ GROUP, INC., PAPÉ MATERIAL HANDLING, INC. AND MIKE TEXTER

Dated: January 8, 2013         Respectfully submitted,

*/s/ Peter R. Dion-Kindem*
PETER R. DION-KINDEM
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
ATTORNEYS FOR PLAINTIFF
CARLITO MISA

2.                                              CASE NO. 12-CV-4934 CRB

Stipulated Request To Continue Initial Case Management Conference; Hearing On Defendant's Motion To Strike; & Request By Plaintiff For Telephonic Appearance; [Proposed] Order

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

**ORDER**

For good cause, the parties' request to continue the initial Case Management Conference and hearing on Defendants' Motion to Strike Request for Jury Trial Pursuant to Federal Rule of Civil Procedure 81(c) from Friday, January 18, 2013, to **Friday, January 25, 2013** at **10:00 a.m.** is **GRANTED.**

Further, the request by Plaintiff's lead trial counsel, Peter Dion-Kindem, to appear telephonically at the Case Management Conference and Motion to Strike hearing is **GRANTED**.

IT IS SO ORDERED.

Dated: January 10, 2013

HONORABLE CHARLES R. BREYER



Firmwide:117427665.1 047722.1020

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

3.  CASE NO. 12-CV-4934 CRB

Stipulated Request To Continue Initial Case Management Conference; Hearing On Defendant's Motion To Strike; & Request By Plaintiff For Telephonic Appearance; [Proposed] Order