1  STEPHEN C. TEDESCO, Bar No. 130325
   ALISON CUBRE, Bar No. 257834
2  ALEXIS A. SOHRAKOFF, Bar No. 273410
   LITTLER MENDELSON, P.C.
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:     415.433.1940
   Email:     stedesco@littler.com
5              asohrakoff@littler.com
              acubre@littler.com
6
   GREGORY G. ISKANDER, Bar No. 200215
7  LITTLER MENDELSON, P.C.
   Treat Towers
8  1255 Treat Boulevard, Suite 600
   Walnut Creek, CA  94597
9  Telephone:     925.932.2468
   Fax No.:       925.946.9809
10 Email:     giskander@littler.com

11 Attorneys for Defendants
   THE PAPÉ GROUP, INC., PAPÉ
12 MATERIAL HANDLING, INC. AND MIKE
   TEXTER
13
   *Additional Counsel of Record listed on*
14 *following page.*

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17
   CARLITO MISA,                          Case No. 12-CV-4934 CRB
18
                  Plaintiff,              **STIPULATED REQUEST TO CONTINUE**
19                                        **INITIAL CASE MANAGEMENT**
          v.                              **CONFERENCE AND DEFENDANTS'**
20                                        **MOTION TO STRIKE REQUEST FOR**
   THE PAPÉ GROUP, INC., PAPÉ             **JURY TRIAL PURSUANT TO FEDERAL**
21 MATERIAL HANDLING, INC., MIKE          **RULE OF CIVIL PROCEDURE 81(C);**
   TEXTER, and DOES 1 through 100,        **REQUEST BY PLAINTIFF FOR**
22                                        **TELEPHONIC APPEARANCE AT**
                  Defendants.             **INITIAL CASE MANAGEMENT**
23                                        **CONFERENCE; ORDER**

24                                        Current Hearing Date:     January 18, 2013
                                          Proposed Hearing Date:   January 25, 2013
25
                                          Complaint Filed:    August 22, 2012
26

27

28
                                                   CASE NO. 12- CV-4934 CRB

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Stipulated Request To Continue Initial Case Management Conference; Hearing On Defendant's Motion To Strike; &
Request By Plaintiff For Telephonic Appearance; [Proposed] Order

1 | PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
2 | PETER R. DION-KINDEM, P. C.
3 | 21550 Oxnard Street, Suite 900
Woodland Hills, CA 91367
4 | Telephone:     (818) 883-4900
Fax:               (818) 883-4902
5 | Email:            peter@dion-kindemlaw.com

6 | LONNIE C. BLANCHARD, III (SBN 93530)
7 | JEFFREY D. HOLMES (SBN 100891)
THE BLANCHARD LAW GROUP, APC
8 | 3311 East Pico Boulevard
Los Angeles, CA 90023
9 | Telephone:     (213) 599-8255
Fax:               (213) 402-3949
10
Attorneys For Plaintiff
11 | CARLITO MISA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

CASE NO. 12-CV-4934 CRB

Stipulated Request To Continue Initial Case Management Conference; Hearing On Def's Motion To Strike; & Request
By Plaintiff For Telephonic Appearance; [Proposed] Order

1   Defendants The Pape Group, Inc., Pape Material Handling, Inc., and Mike Texter

2   (collectively "Defendants") and Plaintiff Carlito Misa ("Plaintiff") (collectively "Parties"), hereby

3   stipulate and request as follows:

4   On January 4, 2013, the parties requested the initial Case Management Conference be

5   continued from Friday, January 11, 2013 at 8:30 a.m. until Friday, January 25, 2013 at 8:30 a.m.

6   On January 7, 2013, the Court issued an Order continuing the Case Management Conference

7   to Friday, January 25, 2013 at 8:30 a.m. but issued a notice continuing the hearing to Friday, January

8   18, 2013 at 10:00 a.m.

9   On January 8, 2013, the Court issued an Amended Order continuing the hearing to Friday,

10   January 18, 2013 at 10:00 a.m., consistent with the notice issued on January 7, 2013.  Under the

11   Northern District of California, Local Rule 16-10, lead trial counsel must attend the initial case

12   management conference.  However Defendants' lead trial counsel, Gregory G. Iskander and Stephen

13   Tedesco, will be unable to attend the Case Management Conference scheduled on Friday, January

14   18, 2013.

15   Also pending on January 18, 2013 at 10:00 a.m. is Defendants' Motion to Strike Request for

16   Jury Trial Pursuant to Federal Rule of Civil Procedure 81(c) ("Motion to Strike"). Defendants'

17   Motion to Strike is unopposed.  Should oral argument be necessary, Defendants' counsel, Alison

18   Cubre, will argue the motion.

19   Given the unavailability of Defendants' lead trial counsel on Friday, January 18, 2013, the

20   parties have agreed to continue, subject to the Court's approval, the initial Case Management

21   Conference to **Friday, January 25, 2013** at **10:00 a.m.** in order for lead trial counsel to appear

22   pursuant to the Local Rules.  For the convenience of this Court and the parties, the parties have also

23   agreed to continue, subject to the Court's approval, Defendants' Motion to Strike to **Friday,**

24   **January 25, 2013** at **10:00 a.m.**

25   Plaintiff's lead trial counsel, Peter Dion-Kindem, requests to appear telephonically at the

26   initial Case Management Conference and Motion to Strike hearing because he presently resides in

27   the greater Los Angeles area and the cost and expense to appear in person at the Case Management

28

CASE NO. 12- CV-4934 CRB

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Stipulated Request To Continue Initial Case Management Conference; Hearing On Defendant's Motion To Strike; &
Request By Plaintiff For Telephonic Appearance; [Proposed] Order

1    Conference and Motion to Strike hearing would be significant.  Defendants do not oppose Plaintiff's

2    counsel's request to appear telephonically.

3        **IT IS SO STIPULATED.**

4        I, the filer of this document attest that all other signatories listed, and on whose behalf the

5    filing is submitted, concur in the filing's content and have authorized the filing.

6

7    Dated: January 8, 2013                    Respectfully submitted,

8                                              */s/ Gregory G. Iskander*
                                               STEPHEN C. TEDESCO
9                                              GREGORY G. ISKANDER
                                               ALISON CUBRE
10                                             ALEXIS A. SOHRAKOFF
                                               LITTLER MENDELSON, P.C.
11
                                               Attorneys for Defendants
12                                             THE PAPÉ GROUP, INC., PAPÉ
                                               MATERIAL HANDLING, INC. AND MIKE
13                                             TEXTER

14   Dated: January 8, 2013                    Respectfully submitted,

15

16                                             */s/ Peter R. Dion-Kindem*
                                               PETER R. DION-KINDEM
17                                             THE DION-KINDEM LAW FIRM
                                               PETER R. DION-KINDEM, P. C.
18                                             ATTORNEYS FOR PLAINTIFF
                                               CARLITO MISA
19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

                                          2.                    CASE NO. 12-CV-4934 CRB

Stipulated Request To Continue Initial Case Management Conference; Hearing On Defendant's Motion To Strike; &
Request By Plaintiff For Telephonic Appearance; [Proposed] Order

## **ORDER**

For good cause, the parties' request to continue the initial Case Management Conference and hearing on Defendants' Motion to Strike Request for Jury Trial Pursuant to Federal Rule of Civil Procedure 81(c) from Friday, January 18, 2013, to **Friday, January 25, 2013** at **10:00 a.m.** is **GRANTED.**

Further, the request by Plaintiff's lead trial counsel, Peter Dion-Kindem, to appear telephonically at the Case Management Conference and Motion to Strike hearing is **GRANTED**.

IT IS SO ORDERED.

Dated:  January 10, 2013

_____
HONORABLE _____. BREYER



Firmwide:117427665.1 047722.1020

3.                                    CASE NO. 12-CV-4934 CRB

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Stipulated Request To Continue Initial Case Management Conference; Hearing On Defendant's Motion To Strike; & Request By Plaintiff For Telephonic Appearance; [Proposed] Order