STEPHEN C. TEDESCO, Bar No. 130325
AMANDA N. FU, Bar No. 254287
ALEXIS A. SOHRAKOFF, Bar No. 273410
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Email:    stedesco@littler.com
           asohrakoff@littler.com
           afu@littler.com

GREGORY G. ISKANDER, Bar No. 200215
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:    925.932.2468
Fax No.:      925.946.9809
Email:    giskander@littler.com

Attorneys for Defendants
THE PAPÉ GROUP, INC., PAPÉ
MATERIAL HANDLING, INC. AND MIKE
TEXTER

*Additional Counsel of Record listed on following page.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLITO MISA, | Case No. 12-CV-4934 CRB |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL OF INDIVIDUAL DEFENDANT MIKE TEXTER** |
| v. | |
| THE PAPÉ GROUP, INC., PAPÉ MATERIAL HANDLING, INC., MIKE TEXTER, and DOES 1 through 100, | **ORDER** |
| Defendants. | Complaint Filed:    August 22, 2012 |

CASE NO. 12- CV-4934 CRB

Joint Stipulation For Dismissal of Individual Defendant Mike Texter

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

1  PETER R. DION-KINDEM (SBN 95267)
   THE DION-KINDEM LAW FIRM
2  PETER R. DION-KINDEM, P. C.
3  21550 Oxnard Street, Suite 900
   Woodland Hills, CA 91367
4  Telephone:   (818) 883-4900
   Fax:         (818) 883-4902
5  Email:       peter@dion-kindemlaw.com

6  LONNIE C. BLANCHARD, III (SBN 93530)
7  JEFFREY D. HOLMES (SBN 100891)
   THE BLANCHARD LAW GROUP, APC
8  3311 East Pico Boulevard
   Los Angeles, CA 90023
9  Telephone:   (213) 599-8255
   Fax:         (213) 402-3949
10
   Attorneys For Plaintiff
11 CARLITO MISA

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

CASE NO. 12-CV-4934 CRB

Joint Stipulation For Dismissal of Individual Defendant Mike Texter

IT IS HEREBY STIPULATED by and between all parties to this action, through their designated counsel, that Defendant Mike Texter be, and hereby is, dismissed from this action, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party to bear its/his own attorneys' fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: September 3, 2013 | Respectfully submitted, |
| | */s/ Gregory G. Iskander*<br>GREGORY G. ISKANDER<br>LITTLER MENDELSON, P.C. |
| | Attorneys for Defendants<br>THE PAPÉ GROUP, INC., PAPÉ MATERIAL HANDLING, INC. AND MIKE TEXTER |
| Dated: September 3, 2013 | Respectfully submitted, |
| | */s/ Peter R. Dion-Kindem*<br>PETER R. DION-KINDEM<br>THE DION-KINDEM LAW FIRM<br>PETER R. DION-KINDEM, P. C.<br>ATTORNEYS FOR PLAINTIFF<br>CARLITO MISA |

I, the filer of this document attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Firmwide:120311584.1 047722.1020

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

1.     CASE NO. 12- CV-4934 CRB
Joint Stipulation For Dismissal of Individual Defendant Mike Texter

**ORDER**

For good cause, the parties' request to dismiss Individual Defendant Mike Texter is **GRANTED.**

IT IS SO ORDERED.

Dated: September 6, 2013



_____
HON. CHARLES R. BREYER

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

2.   CASE NO. 12-CV-4934 CRB

Order For Dismissal of Individual Defendant Mike Texter